Edgar Paredes #T540990
Name and Prisoner/Booking Number

Towers Jail / Maricopa County
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ✓   ___ LODGED
___ RECEIVED   ___ COPY

AUG 29 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Edgar Paredes,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Paul Penzone,
(Full Name of Defendant)

(2) Towers Jail,

(3) Maricopa county office,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-19-05056-PHX-JJT--JZB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☑ Other: Phoenix Arizona, Maricopa county

2. Institution/city where violation occurred: Towers Jail

550/555

## B. DEFENDANTS

1. Name of first Defendant: __PAUL PENZONE__. The first Defendant is employed as:_____ at __MCSO/Towers Jail__.
   (Position and Title)                                    (Institution)

2. Name of second Defendant:_____. The second Defendant is employed as:
   as:_____ at _____.
   (Position and Title)                                    (Institution)

3. Name of third Defendant:_____. The third Defendant is employed as:_____ at _____.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant:_____. The fourth Defendant is employed as:_____ at _____.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? __N/A__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number:_____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number:_____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number:_____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8th AND 4th Amendment OF THE UNITED STATES CONSTITUTION.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: GROSS NEGLIGENCE

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   As of 4/06/19 for the Petitioner Edgar Paredes of this claim is with knowledge of these facts, for the Petitioner Edgar Paredes has been INHUMANELY HOUSED AS A DETAINEE at MCSO TOWERS Jail IN ASBESTOS, BLACK MOLD RIDDEN, LED BASE Paint facility. That Places its inmates IN DIRECT immenent DANGER. IT ALSO isn't Handicap WHEELchair ACCESSible ECT. POSING A Threat TO MY Daily SAFETY causing Bodily Harm AND Emotional Distress this material issue Highlights A Series of Events DEFINING CRUEL AND UNUSUAL Punishment. MR. PAUL PENZONE under "Color of LAW" for his EMPLOYEES AS WELL AS DETAINEES HOUSED IN DIRECT care and SUPERVISION. REVEALS THAT A COUNTY SHERIFF ACT ON BEHALF OF the COUNTY IN the oversight AND MANAGEMENT OF All COUNTY JAILS AND COUNTY. NOT the state AND IS REQUIRED TO IDENTIFY SHERIFFS FOR ANY MONETARY JUDGEMENTS AGAINST THEM.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   INTENTIONAL EMOTIONAL DISTRESS, MENTAL DISTRESS, BODILY-HARM, MENTAL ANGUISH/constant Illness from MOLD Spores in the AIR AND VENT KEEPS US SICK FOR WEEKS, causes TENSION Towards one-Another-lack of space cruel and unusual punishment

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. THEY WONT ACCEPT OR TAKE MY Grievance's AND when they DO its like they ARENT Seen.

3

# COUNT II

1. State the constitutional or other federal civil right that was violated: U.S.C.A 8th AND 14th AMENDMENT OF THE UNITED STATES CONSTITUTION.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: GROSS NEGLEGENCE/Housing

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   FOR THE PETITIONER Edgar Paredes of this claim is with KNOWLEDGE OF THESE FACTS FOR THE DEFENDANT PAUL PENZONE IS IN THE WRONG FOR HOUSING PETITIONER Edgar Paredes IN TOWERS JAIL FOR PLACING The petitioner IN A THREE (3) MAN cell WHEN THE STRUCTURE IS DESIGNED FOR TWO (2) MEN. THE DEFENDANT LACKED ADEQUATE SPACE FOR ADDITIONAL INMATES THIS IS REGULATED BY MCSO PAUL PENZONE. AS 60 SQUARE FEET IS SUFFICIENT FOR TWO (2) MAN CELL MATE DETAINEE'S it Becomes INHUMANE LIVING quarters with an Additional cell mate which Amounts TO CRUEL UNUSUAL PUNISHMENT FOR ANY LENGTH of TIME WITHOUT SUFFICIENT ADEQUATE SPACE FOR living conditions. Furthermore THE DEFENDANT PAUL PENZONE IS with WRONG/DAMAGES FOR NOT PROVIDING APPROPRIATE, SAFE AND ADEQUATE WATER FILTERED SYSTEM FOR ADEQUATE WATER Substance FOR DAILY NECESSITIES AS REQUIRED BY FEDERAL RULES OF CIVIL PROCEDURE

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   INTENTIONAL EMOTIONAL DISTRESS, MENTAL DISTRESS, BODILY HARM, MENTAL ANGUISH. / P.T.S.D

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I TRIED ON MULTIPLE OCCASIONS AND MY Grievance IS Always Denied when they Read them I waited long enough so im filing But will continue to Grieve

## COUNT III

1. State the constitutional or other federal civil right that was violated: U.S.C.A CONST. AMEND, I AMENDMENT, I ESTABLISHMENT OF RELIGION; free exercise of Religion;

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☒ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   CONGRESS SHall make no law Respecting an Establishment of Religion or prohibiting the free exercise there of or abridging the freedom of speech or of the press, or of the Right of the people Peaceably to assemble, and to petition the Government for a redress of Grievances.

   Its federal law to intercept our mail and deny us we should be able to correspond with our loved ones via letters not post cards. This is cruel and unusual punishment.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Emotional Distress, Mental Distress, Spiritual Distress AND ANGUISH

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
I am seeking $500,000 U.S.D provided immediatley to Resolve this issue for All inhumane contaminonts poisoning its Detainees/ Remove inmates, Provide A water filtration system, And Reinburst me for the money that was Deducted/taken from me in my previous stay I was charged one Dollar Per Day AsWell

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/13/19
                    DATE

_Edgar Paredes_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE

## INMATE LEGAL SERVICES

# **CERTIFICATION**

I hereby certify that on this date  **8/26/2019**

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___  Hon _____  United States District Court, District of Arizona.

___  Hon _____  United States District Court, District of Arizona.

___  Attorney General, State of Arizona, _____

___  Judge _____  Superior Court, Maricopa County, State of Arizona.

___  County Attorney, Maricopa County, State of Arizona _____

___  Public Defender, Maricopa County, State of Arizona _____

___  Attorney _____

**X**  Other  **Clerk of the Board of Supervisors-** 301 W. Jefferson 10th Floor Phoenix, AZ 85003

___  _____

___  _____

_____  **B3846**
Legal Support Specialist Signature      S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009